IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:04-cr-00036-GEB |
| | ) | |
| | ) | ORDER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES ALAN GARNER, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant's request to "transfer venue" filed August 6, 2009, is denied. Defendant should contact his assigned Probation Officer if he desires to have "venue transferred."

Dated: August 10, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1