DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
JAMES A. GARNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>JAMES A. GARNER,<br><br>　　　　　　Defendant. | CR. 2:04-CR-00036 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |

　　　The parties stipulate that the status conference currently set for May 18, 2012, at 9:00 a.m., be continued to June 22, 2012, at 9:00 a.m.

Dated: May 11, 2012     /s/ David W. Dratman
　　　　　　　　　　　DAVID W. DRATMAN
　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　JAMES A. GARNER


Dated:  May 11, 2012     BENJAMIN B. WAGNER
　　　　　　　　　　　UNITED STATES ATTORNEY
　　　　　　　　　By: /s/ Matthew D. Segal*
　　　　　　　　　　　MATTHEW D. SEGAL
　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　*Signed with permission

IT IS SO ORDERED.

Dated:  May 15, 2012

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28