DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
JAMES A. GARNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES A. GARNER,<br><br>Defendant. | CR. 2:04-CR-00036 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |

The parties stipulate that the status conference currently set for June 22, 2012, at 9:00 a.m., be continued to August 3, 2012, at 9:00 a.m.

Dated: June 19, 2012     /s/ David W. Dratman
                         DAVID W. DRATMAN
                         Attorney for Defendant
                         JAMES A. GARNER


Dated:  June 19, 2012    BENJAMIN B. WAGNER
                         UNITED STATES ATTORNEY
                     By: /s/ Matthew D. Segal*
                         MATTHEW D. SEGAL
                         Assistant U.S. Attorney
                         *Signed with permission

**ORDER**

IT IS SO ORDERED.

6/20/12
                         _____
                         GARLAND E. BURRELL, JR.
                         United States District Judge