DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
JAMES A. GARNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR. 2:04-CR-00036 GEB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |
| vs. | |
| JAMES A. GARNER, | |
| Defendant. | |

The parties stipulate that the status conference currently set for August 3, 2012, at 9:00 a.m., be continued to August 31, 2012, at 9:00 a.m.

Dated: July 31, 2012         /s/ David W. Dratman
                             DAVID W. DRATMAN
                             Attorney for Defendant
                             JAMES A. GARNER


Dated: July 31, 2012         BENJAMIN B. WAGNER
                             UNITED STATES ATTORNEY
                             By: /s/ Matthew D. Segal*
                                 MATTHEW D. SEGAL
                                 Assistant U.S. Attorney
                                 *Signed with permission

**ORDER**

IT IS SO ORDERED.

DATED: 7/31/12               _____
                             GARLAND E. BURRELL, JR.
                             Senior United States District Judge