DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
JAMES A. GARNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. 2:04-CR-00036 GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |
| vs. | |
| JAMES A. GARNER, | |
| Defendant. | |

The parties stipulate that the status conference regarding the Violation Petition, currently set for August 31, 2012, at 9:00 a.m., be continued to November 16, 2012, at 9:00 a.m.

Dated: August 29, 2012    /s/ David W. Dratman
DAVID W. DRATMAN
Attorney for Defendant
JAMES A. GARNER

Dated: August 29, 2012    BENJAMIN B. WAGNER
UNITED STATES ATTORNEY
By: /s/ Matthew D. Segal*
MATTHEW D. SEGAL
Assistant U.S. Attorney
*Signed with permission

**ORDER**

IT IS SO ORDERED.

DATED: 8/29/12

GARLAND E. BURRELL, JR.
United States District Court Judge