DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
JAMES A. GARNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JAMES A. GARNER,

Defendant.

CR. 2:04-CR-00036 GEB

**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE**

The parties stipulate that the status conference currently set for November 16, 2012, at 9:00 a.m., be continued to December 7, 2012, at 9:00 a.m.

Dated: November 14, 2012         /s/ David W. Dratman
                                 DAVID W. DRATMAN
                                 Attorney for Defendant
                                 JAMES A. GARNER


Dated: November 14, 2012         BENJAMIN B. WAGNER
                                 UNITED STATES ATTORNEY
                             By: /s/ Matthew D. Segal*
                                 MATTHEW D. SEGAL
                                 Assistant U.S. Attorney
                                 *Signed with permission

**ORDER**

IT IS SO ORDERED.

DATED: 11/14/12
                                 _____
                                 GARLAND E. BURRELL, JR.
                                 Senior United States District Judge