DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
JAMES A. GARNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES A. GARNER,<br><br>Defendant. | CR. 2:04-CR-00036 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |

The parties stipulate that the status conference currently set for December 7, 2012, at 9:00 a.m., be continued to December 14, 2012, at 9:00 a.m.

Dated: December 14, 2012        /s/ David W. Dratman
                                DAVID W. DRATMAN
                                Attorney for Defendant
                                JAMES A. GARNER


Dated: December 14, 2012        BENJAMIN B. WAGNER
                                UNITED STATES ATTORNEY
                            By: /s/ Matthew D. Segal*
                                MATTHEW D. SEGAL
                                Assistant U.S. Attorney
                                *Signed with permission

**ORDER**

IT IS SO ORDERED.

DATED: 12/6/12
                                _____
                                HON. GARLAND E. BURRELL, JR.
                                United States District Judge