```
 1  DAVID W. DRATMAN
    Attorney at Law
 2  State Bar No. 78764
    1007 7th Street, Suite 305
 3  Sacramento, California  95814
    Telephone: (916) 443-2000
 4  Facsimile:  (916) 443-0989
    Email: dwdratman@aol.com
 5
    Attorney for Defendant
 6  JAMES A. GARNER

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>JAMES A. GARNER,<br><br>           Defendant. | Case Number 2:04-CR-00036 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |

The parties stipulate that the status conference currently set for January 25, 2013 at 9:00 a.m., be continued to February 15, 2013 at 9:00 a.m.

Dated: January 17, 2013          /s/ David W. Dratman
                                 DAVID W. DRATMAN
                                 Attorney for Defendant
                                 JAMES A. GARNER


Dated: January 17, 2013          BENJAMIN B. WAGNER
                                 UNITED STATES ATTORNEY
                                 By: /s/ Matthew D. Segal*
                                     MATTHEW D. SEGAL
                                     Assistant U.S. Attorney
                                     *Signed with permission

**ORDER**

IT IS SO ORDERED.

DATED: 1/17/13                   _____
                                 GARLAND E. BURRELL, JR.
                                 Senior United States District Judge