DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
JAMES A. GARNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES A. GARNER,<br><br>Defendant. | Case Number 2:04-CR-00036 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |

The parties stipulate that the status conference currently set for February 15, 2013 at 9:00 a.m., be continued to April 19, 2013 at 9:00 a.m.

Dated: February 7, 2013        /s/ David W. Dratman
                               DAVID W. DRATMAN
                               Attorney for Defendant
                               JAMES A. GARNER


Dated: February 7, 2013        BENJAMIN B. WAGNER
                               UNITED STATES ATTORNEY
                           By: /s/ Matthew D. Segal*
                               MATTHEW D. SEGAL
                               Assistant U.S. Attorney
                               *Signed with permission

**ORDER**

        IT IS SO ORDERED.

DATED: 2/7/13
                                _____
                                HON. GARLAND E. BURRELL, JR.
                                United States District Court Judge