DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
JAMES A. GARNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>         vs.<br><br>JAMES A. GARNER,<br><br>             Defendant. | Case Number 2:04-CR-00036 GEB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |
|---|---|

The parties stipulate that the status conference currently set for April 19, 2013 at 9:00 a.m., be continued to June 7, 2013 at 9:00 a.m.

Dated: April 15, 2013         /s/ David W. Dratman
                              DAVID W. DRATMAN
                              Attorney for Defendant
                              JAMES A. GARNER


Dated: April 15, 2013         BENJAMIN B. WAGNER
                              UNITED STATES ATTORNEY
                              By: /s/ Matthew D. Segal*
                              MATTHEW D. SEGAL
                              Assistant U.S. Attorney
                              *Signed with permission

**ORDER**

       IT IS SO ORDERED.

DATED: 4/17/13                HON. GARLAND E. BURRELL, JR.
                              United States District Court Judge