DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
JAMES A. GARNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case Number 2:04-CR-00036 GEB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |
| vs. | |
| JAMES A. GARNER, | |
| Defendant. | |

The parties stipulate that the status conference currently set for June 7, 2013 at 9:00 a.m., be continued to August 16, 2013 at 9:00 a.m.

Dated: June 5, 2013          /s/ David W. Dratman
                             DAVID W. DRATMAN
                             Attorney for Defendant
                             JAMES A. GARNER


Dated: June 5, 2013`         BENJAMIN B. WAGNER
                             UNITED STATES ATTORNEY
                         By: /s/ Matthew D. Segal*
                             MATTHEW D. SEGAL
                             Assistant U.S. Attorney
                             *Signed with permission

      IT IS SO ORDERED.

Dated:  June 5, 2013

                             _____
                             GARLAND E. BURRELL, JR.
                             Senior United States District Judge

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE